UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHERRY ANN WILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>　　　　Defendant. | Civil No. 3:14-CV-00754-JE<br><br><br><br><br>ORDER |

　　　Based on the Commissioner's motion to withdraw its motion for dismissal,

Commissioner's motion to dismiss is withdrawn.

　　　IT IS SO ORDERED this  22nd  day of  April  2023.


　　　　　　　　　　　　　　　　　　　　/s/ John Jelderks
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE