UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHERRY WILL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 3:14-CV-00754-JE<br><br>ORDER TO ENTER JUDGMENT |

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, the Court hereby ORDERS that judgment be entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

IT IS SO ORDERED this 19th day of November, 2026.

/s/ John Jelderks

UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration
Law & Policy

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of Program Litigation
Social Security Administration
Law & Policy
Telephone: (206) 615-2139
Email: Katherine.watson@ssa.gov
Attorneys for Defendant